# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

_____

DAVREE DALY,

    Plaintiff,

vs.                                No. 1:20-CV-00661 PJK/SCY

GYM LAUNCH SECRETS, LLC.

    Defendant.

## JURY DEMAND

Plaintiff requests a trial by jury on all issues triable to a jury.

        Respectfully submitted,

        WAYNE R. SUGGETT ATTORNEY AT LAW, P.C.

    By:\_\_\_\_/s/ Wayne R. Suggett_____
        WAYNE R. SUGGETT
        Attorneys for Plaintiff
        Albuquerque Plaza
        201 Third Street N.W., Suite 1720
        Albuquerque, New Mexico  87102
        Telephone: (505) 767-9804
        Facsimile (505) 246-0707
        e-mail: wayne@suggettlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2020, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Danny W. Jarrett
Jackson Lewis P.C.
800 Lomas Blvd. N.W., Suite 200
Albuquerque, New Mexico 87102
Danny.jarrett@jacksonlewis.com

By: /s/ Wayne R Suggett