# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

---

DAVREE DALY,

    Plaintiff,

v.                            Civ. No. 20-661 PJK/SCY

GYM LAUNCH SECRETS, LLC.

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(1)(a)(ii), stipulate to dismiss the complaint, and any claim or defense that could have been asserted in this matter, with prejudice, each party to bear their own costs and attorney's fees.

                        WAYNE R. SUGGETT ATTORNEY AT LAW, P.C.

                        By: /s/ Wayne R. Suggett 10/8/20
                              WAYNE R. SUGGETT
                              Attorney for Plaintiff
                              Albuquerque Plaza
                              201 Third Street NW, Suite 1720
                              Albuquerque, New Mexico  87102
                              Telephone:  505-767-9804
                              Email:  wayne@suggettlaw.com

                        JACKSON LEWIS P.C.

                        By: /s/ Kathleen A O' Grady 10/14/20
                              DANNY W. JARRETT
                              KATHLEEN A. O' GRADY
                              Attorney for Defendant
                              800 Lomas Blvd N.W., Suite 200
                              Albuquerque, New Mexico 87102
                              Telephone: (505) 878-0515
                              Email: Danny.jarrett@jacksonlewis.com
                              Email: Kathleen.ogrady@jacksonlewis.com